JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA MCCALL (CABN 234139)
Assistant United States Attorney

STEPHEN RUSHIN
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3928
Fax: (510) 637-3724
Email: stephen.rushin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR10-00234 MAG |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| DAWNLEIA RACHEAL WILLIAMS, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Stephen Rushin, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Dawnleia

//

//

1 | Racheal Williams, to appear on April 28, 2010 before Magistrate Judge Donna M. Ryu to answer
2 | the Information that has been filed by the United States Attorney.

5 | IT IS SO ORDERED.

7 | Dated:   April 2, 2010



DONNA M. RYU
United States Magistrate Judge