JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA MCCALL (CABN 234139)
Assistant United States Attorney
STEPHEN RUSHIN
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3928
Fax: (510) 637-3724
Email: stephen.rushin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAWNLEIA RACHEAL WILLIAMS,<br><br>    Defendant. | Case No.: CR10-00234 MAG<br><br>**SECOND AMENDED ORDER FOR SUMMONS** |

At the request of the Defendant's counsel, the United States hereby requests that the Court amend the previous Proposed Order for Summons in order to accommodate the Defendant's medical condition. Having reviewed the Amended Declaration of Matthew Dellabetta, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the Defendant Dawnleia Racheal Williams, to appear on May 4, 2010 at 10:00 am before Magistrate Judge Donna M. Ryu to answer the Information that

has been filed by the United States Attorney. The Court vacates the prior order directing the Defendant to appear on April 28, 2010 at 10:00 am. Federal Public Defender John Paul Reithmuth has agreed to accept service of this summons.

IT IS SO ORDERED.

Dated: __5/3/2010_____



_____
DONNA M. RYU
United States Magistrate Judge

SECOND AMENDED ORDER FOR SUMMONS

-2-