1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
   MATTHEW DELLABETTA
6  Law Clerk

7     1301 Clay Street, Suite 340S
      Oakland, CA 94612
8     Telephone: (510) 637-3737
      Fax: (510) 637-3724
9     E-Mail: matthew.dellabetta@usdoj.gov

10 Attorneys for Plaintiff

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                           OAKLAND DIVISION
14
   UNITED STATES OF AMERICA,        )   No. CR-10-00234-MAG
15                                  )
                                    )   [PROPOSED] ORDER EXCLUDING
16         Plaintiff,               )   TIME UNDER THE SPEEDY TRIAL
                                    )   ACT
17      v.                          )
                                    )   Date:  May 4, 2010
18 DAWNLEIA RACHEAL WILLIAMS,       )   Time:  10:00 a.m.
                                    )   Court: Hon. Donna Ryu
19         Defendant.               )
                                    )
20 _____

21      At the request of defense counsel, and with the agreement of the government, the Court

22 hereby orders time excluded under the Speedy Trial Act from May 4, 2010 to May 20, 2010 for

23 effective preparation of defense counsel.  Defense counsel requires time to review discovery that

24 the government produced at the May 4, 2010 arraignment.  The Court finds that the ends of

25 justice served by granting the continuance outweigh the best interest of the public and the

26 defendant in a speedy and public trial, and the failure to grant the requested continuance would

27 unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

28 into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00234-MAG

1    Time is excluded under the Speedy Trial Act from May 4, 2010 to May 20, 2010.
2  SO ORDERED.
3
4  DATED: 5/4/2010
5  _____
   DONNA RYU
6  United States Magistrate Judge

*GRANTED — Judge Donna M. Ryu*

[PROPOSED] ORDER EXCLUDING TIME
CR-10-00234-MAG