JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3737
Fax: (510) 637-3724
E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAWNLEIA RACHEAL WILLIAMS,<br><br>    Defendant. | No. CR-10-00234 MAG<br><br>STIPULATION AND ORDER |

On May 20, 2010 the parties were to appear before the Court for a status conference hearing in the above-captioned matter.  Defense counsel requires additional time to investigate and review the discovery related to the case.  Thus, the parties stipulate, with leave of the Court,

//

//

//

//

//

ORDER
CR-10-00234 MAG

that the May 20, 2010 status conference be vacated and a status conference be set for Tuesday, July 20, 2010 at 10:00 a.m.

Dated: July 8, 2010                              /S/
                                        WADE M. RHYNE
                                        Assistant United States Attorney


Dated: July 8, 2010                              /S/
                                        COLLEEN MARTIN
                                        Attorney for the Defendant

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the parties' stipulation, the Court vacates the May 20, 2010 status conference date and sets a new status conference date of July 20, 2010 at 10:00 a.m. on the Court's regular criminal calendar.

IT IS SO ORDERED.

DATED: 7/8/10

                                        _____
                                        DONNA RYU
                                        United States Magistrate Judge